IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA,

v.

JEREMY JOSEPH CHRISTIAN,

        Defendant.

Case No. 3:11-cr-00007-RE

ORDER MODIFYING PROBATION AND RELEASING DEFENDANT FROM CUSTODY

On October 11, 2011, this Court sentenced defendant to time served to be followed by a 3-year term of supervised release subject to standard and special conditions. The term of supervised release began October 12, 2011.

On October 30, 2012, this Court issued a Summons and Order to Show Cause why defendant's term of supervised release should not be revoked based on the probation officer's allegations that defendant violated the conditions of release.

On December 19, 2012, defendant appeared with counsel at a hearing to determine whether defendant's supervised release should not be revoked. Defendant admitted he violated his conditions of supervision by failing to reside in and satisfactorily participate in a residential reentry center (RRC), using controlled substances and failing to submit to urinalysis testing.

The Court finds defendant is suitable for community supervision.

**IT IS ORDERED** that defendant's term of supervised release is continued subject to the standard and the following special conditions: The defendant shall reside in and satisfactorily

1 - ORDER

participate in a residential reentry center to include a prerelease component, if determined appropriate by the residential reentry center manager and the U.S. Probation Officer, for up to 60 days or until discharged by the residential reentry center manager and the U.S. Probation Officer.

All other conditions are to remain in full force and effect.

DATED: December 20, 2012

_____
The Honorable Anna J. Brown
United States District Judge

2- ORDER