AO 245B (Rev. 09/11) Judgment in a Criminal Case for Revocation - DISTRICT OF OREGON CUSTOMIZED 11/2011
Sheet 1

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>JEREMY JOSEPH CHRISTIAN | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Case Number: 3:11-CR-00007-RE-01<br><br>USM Number: 73236-065<br><br>C. Renee Manes<br>Defendant's Attorney<br><br>Fredric Weinhouse<br>Assistant U.S. Attorney |

**THE DEFENDANT:**

[ ] admitted guilt to violation of condition(s) of the terms of supervision.

[X] was found in violation of special condition #1 after denial of guilt.

The defendant is adjudicated guilty of the following offense(s):

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special Condition #1 | Reside in and participate in a Residential Re-Entry Center | August 20, 2013 |

The defendant is sentenced as provided in pages 1 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____, and is discharged as to such violation(s) condition.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and the United States Attorney of any material change in the defendant's economic circumstances.

October 30, 2013
Date of Imposition of Sentence

_(signature)_
Signature of Judicial Officer

ANNA J. BROWN, UNITED STATES DISTRICT JUDGE
Name and Title of Judicial Officer

October 31, 2013
Date

DEFENDANT: CHRISTIAN, JEREMY JOSEPH                                    Judgment–Page 2 of 3
CASE NUMBER: 3:11-CR-00007-RE-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of: **Nine (9) months.**

[ ] The court makes the following recommendation to the Bureau of Prisons:

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:

    [ ]    at _____ [ ] a.m. [ ] p.m. on _____.

    [ ]    as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ]    before 2:00 p.m. on _____.

    [ ]    as notified by the United States Marshal and/or Pretrial Services.

---

The Bureau of Prisons will determine the amount of prior custody that may be credited towards the service of sentence as authorized by Title 18 USC §3585(b) and the policies of the Bureau of Prisons.

---

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ To _____

at _____, with a certified copy of this judgment.

 

_____
UNITED STATES MARSHAL

BY_____
DEPUTY UNITED STATES MARSHAL

AO 245B     (Rev. 09/11) Judgment in a Criminal Case - DISTRICT OF OREGON CUSTOMIZED 11/2011
            Sheet 3 – Supervised Release

DEFENDANT: CHRISTIAN, JEREMY JOSEPH                                                 Judgment–Page 3 of 3
CASE NUMBER: 3:11-CR-00007-RE-01

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **No reimposed supervised release term to follow.**